JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Chun Kim, Administratrix of the Estate of Pyong Tok Lee, deceased

**(b)** County of Residence of First Listed Plaintiff: **Chesapeake**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Martin A. Thomas, Esq.

## DEFENDANTS
Neelkumar Patel and KK Carriers Services, LLC

County of Residence of First Listed Defendant: **Dallas, GA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
John R. Owen
P. Bradenham Michelle, IV

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Plaintiff asserts wrongful death action against Defendants allegedly as a result of an automobile accident.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $2,500,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 04-22-22

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHUN KIM, ADMINISTRATRIX OF THE
ESTATE OF PYONG TOK LEE,
DECEASED,

  Plaintiff,

v.                                                   Civil Action No.

NEELKUMAR PATEL AND KK CARRIERS
SERVICES, LLC,

  Defendants.

## NOTICE OF REMOVAL

Defendants Neelkumar Patel ("Mr. Patel") and KK Carriers Services, LLC ("KK Carriers"), by counsel, pursuant to 28 U.S.C. Sections 1441 and 1446, files this Notice of Removal to remove this action from the Circuit Court for the City of Chesapeake, Commonwealth of Virginia, captioned *Chun Kim, Administratrix of the Estate of Pyong Tok Lee, Deceased v. Neelkumar Patel and KK Carriers Services, LLC*, Case No. CL22001548-00. In support of thereof, Mr. Patel and KK Carriers state as follows.

## TIMELINESS OF REMOVAL

1. On March 17, 2022, Plaintiff Chun Kim, Administratrix of the Estate of Pyong Tok Lee, Deceased filed a Complaint in the Circuit Court for the City of Chesapeake captioned *Chun Kim, Administratrix of the Estate of Pyong Tok Lee, Deceased v. Neelkumar Patel and KK Carriers Services, LLC*, Case No. CL22001548-00. A copy of the Complaint is attached as **Exhibit A**.

2. Mr. Patel and KK Carriers were served the Summons and Complaint on April 5, 2022.

1

3. Mr. Patel and KK Carriers filed this Notice of Removal within thirty (30) days after service of the Summons and Complaint on Mr. Patel and KK Carriers. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4. Mr. Patel and KK Carriers have attached a copy of all processes, pleadings, orders, and other documents on file with the Circuit Court for the City of Chesapeake, Commonwealth of Virginia.

**GROUNDS OF REMOVAL**

5. Mr. Patel and KK Carriers submit to this Court that it has original jurisdiction and they invoke the diversity jurisdiction of this Court as provided in 28 U.S.C. § 1332.

6. Specifically, Plaintiff is allegedly a resident of the Commonwealth of Virginia.

7. Mr. Patel is a resident of the state of Georgia.

8. KK Carriers is organized under the laws of the state of Georgia and has its principal place of business in the state of Georgia.

9. Plaintiff seeks to recover against Mr. Patel and KK Carriers for injuries allegedly sustained in a motor vehicle accident. The Complaint seeks $2,500,000.00 in compensatory damages.

10. This Court has removal jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Since this Court has diversity jurisdiction over this matter, it also has jurisdiction over any remaining claims contained in Plaintiff's Complaint under 28 U.S.C. § 1441(c) and/or under the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367.

## NOTICE OF REMOVAL TO STATE COURT AND TO ADVERSE PARTIES

12. Written notice of the filing of his Notice of Removal will promptly be served on all parties as required by 28 U.S.C. § 1446(d).

13. Mr. Patel and KK Carriers will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court for the Circuit of Chesapeake as required by 28 U.S.C. § 1446(d).

## VENUE

14. Venue for this action in the United States District Court for the Eastern District of Virginia, Norfolk Division, is proper, as this is the district and division in which the state court action is pending. *See* 28 U.S.C. §§ 1446(a) and 1454(a)

WHEREFORE, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Neelkumar Patel and KK Carriers Services, LLC, by counsel, respectfully request that this civil action be removed from the Circuit Court for the City of Chesapeake, Virginia to the United States District Court for the Eastern District of Virginia, Norfolk Division.

                                                                        **NEELKUMAR PATEL AND KK CARRIERS SERVICES, LLC**

                                                                        By Counsel

/s/
John R. Owen (VSB No. 39560)
P. Bradenham Michelle, IV (VSB No. 92406)
Counsel for Neelkumar Patel and KK Carriers Services, LLC
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
bmichelle@hccw.com

3

# **C E R T I F I C A T E**

I hereby certify that on the 22nd day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Martin A. Thomas, Esq.
    VSB No. 73908
    Decker, Cardon, Thomas, Weintraub & Neskis, P.C.
    109 E. Main Street, Suite 200
    Norfolk, VA 23510
    757-622-3317 - Phone
    757-626-0562 - Fax
    martinjr@decklaw.com

    /s/ _____
    John R. Owen (VSB No. 39560)
    P. Bradenham Michelle, IV (VSB No. 92406)
    Counsel for Neelkumar Patel and KK Carriers Services, LLC
    Harman, Claytor, Corrigan & Wellman
    P.O. Box 70280
    Richmond, Virginia  23255
    804-747-5200 - Phone
    804-747-6085 - Fax
    jowen@hccw.com
    bmichelle@hccw.com