IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHUN KIM, ADMINISTRATRIX OF THE
ESTATE OF PYONG TOK LEE,
DECEASED,

  Plaintiff,

v.                                                         Civil Action No. 2:22-cv-00166

NEELKUMAR PATEL

AND

KK CARRIERS SERVICES, LLC,

  Defendants.

## **STIPULATION OF DISMISSAL**

     Plaintiff, Chun Kim, Administratrix of the Estate of Pyong Tok Lee, deceased, and Defendants, Neelkumar Patel and KK Carriers Services, LLC, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs.

                                         CHUN KIM, ADMINISTRATRIX OF THE ESTATE OF
                                         PYONG TOK LEE, DECEASED

Dated: May 17, 2022      /s/ Martin A. Thomas
                                 By:   Martin A. Thomas, Esq.
                                       Decker, Cardon, Thomas, Weintraub & Neskis, P.C.
                                       109 East Main Street, Suite 200
                                       Norfolk, Virginia 23510
                                       757-622-3317 - Phone
                                       757-625-5814 - Fax
                                       mthomas@decklaw.com

Dated: May 17, 2022  NEELKUMAR PATEL  AND  KK CARRIERS SERVICES, LLC

/s/ P. Bradenham Michelle, IV
By: P. Bradenham Michelle, IV (VSB No. 92406)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
bmichelle@hccw.com

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties Under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:_____    _____
UNITED STATES DISTRICT JUDGE